In the Matter of the Application of HERMAN HUEG,
Respondent, for a Peremptory Writ of Mandamus
against ARCHIBALD R. WATSON, as Corporation Coun-
sel of the City of New York, Appellant.

*Matter of Hueg* v. *Watson,* 144 App. Div. 939, affirmed.
(Argued October 3, 1911; decided October 17, 1911.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 12, 1911, which affirmed an order of Special Term
granting a motion for a peremptory writ of mandamus
to compel the defendant to institute proceedings to ascer-
tain the compensation due the petitioner under chapter
1006 of the Laws of 1905 by reason of the closing and

discontinuing of Thomson avenue, in the borough of Queens, city of New York.

*Archibald R. Watson*, Corporation Counsel (*Joel J. Squier* and *James Regan Fitz Gerald* of counsel), for appellant.

*Benjamin Trapnell* and *Joseph A. Flannery* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.